U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WARREN E. JACKSON<br>LDOC #259799<br>VS.<br><br>J.B. EVANS CORRECTIONS CENTER,<br>ET AL. | CIVIL ACTION NO. 08-1652<br><br>JUDGE ROBERT G. JAMES<br><br>MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED THAT** Plaintiff's claims against Defendants at J.B. Evans Corrections Center be **DISMISSED WITH PREJUDICE** as frivolous; and,

**IT IS FURTHER ORDERED THAT** Plaintiff's request for injunctive relief – in the form of a transfer to Forcht-Wade Corrections Center – be **DISMISSED WITH PREJUDICE** as MOOT.

MONROE, LOUISIANA, this 20 day of January, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE